ent.—

All concur.

In the Matter of the Claim of RAYMOND MILLER, Appellant, against LISK MANUFACTURING COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of JOHN S. WOOD, Respondent, against KINGS PARK STATE HOSPITAL et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of MICHAEL JOY, Respondent, against HARRIS STRUCTURAL STEEL CO., INC., Appellant, and WORLD WRECKING COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—